USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/9/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
DILIGENT ENTERPRISE MANAGEMENT, LLC,

                              Plaintiff,

             -against-                      24-CV-2228 (VEC)

AML GLOBAL ECLIPSE, LLC, DWC PINE     ORDER
INVESTMENTS I, LTD., ALAN KLAPMEIER,
JAMES CARROLL, STEVE SERFLING, RJ
SIEGLE, and MIKE WYSE,

                              Defendants.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on March 15, 2024, Plaintiff Diligent Enterprise Management, LLC ("Diligent") voluntarily dismissed its claims against the last remaining defendants in a substantively identical case, *Diligent Enterprise Management, LLC v. AML Global Eclipse, LLC et al.*, 1:23-cv-10942 (VEC) (the "Earlier Filed Action");

       WHEREAS also on March 15, 2024, Diligent filed the instant lawsuit in New York, *see* Not. of Removal, Dkt. 1, Ex. A;

       WHEREAS on March 22, 2024, the parties appeared for a status conference in the Earlier Filed Action to discuss next steps, given the dismissal of the Earlier Filed Action and the inevitable removal of this case;

       WHEREAS at the conference, Defendants stated their intention to remove this action, and the parties agreed to meet and confer regarding a proposed briefing schedule to address all threshold issues, including sufficiency of service, remand, and transfer; and

WHEREAS on March 25, 2024, Defendant AML Global Eclipse, LLC ("AML Global"), with the consent of the other Defendants, removed this case, *see* Not. of Removal, Dkt. 1;

IT IS HEREBY ORDERED that the parties must meet and confer regarding a proposed briefing schedule to address all threshold issues and file a letter via ECF containing that agreed-upon schedule by no later than **Wednesday, April 24, 2024**.

IT IS FURTHER ORDERED that Defendant AML Global must serve copies of this order on its co-defendants and Diligent and file proof of service by no later than **Friday, April 12, 2024**.

**SO ORDERED.**

Date:  April 9, 2024
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**