UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
DILIGENT ENTERPRISE MANAGEMENT, INC.,

                       *Plaintiff*,

            - against -

AML GLOBAL ECLIPSE, LLC, DWC PINE
INVESTMENTS I, LTD., ALAN KLAPMEIER,
JAMES CARROLL, STEVE SERFLING, RJ
SIEGLE, and MIKE WYSE,

                     *Defendants.*
-------------------------------------------------------------------x

Case No. 24-cv-02228-VEC

**NOTICE OF MOTION TO
WITHDRAWAL AS COUNSEL
OF RECORD FOR PLAINTIFF**

      **PLEASE TAKE NOTICE** that, upon the annexed declaration of Darryl R. Graham, Esq.,

and all prior pleadings and proceedings in this matter, the undersigned attorney will move this

Court, at the United States Courthouse, 40 Foley Square, New York, NY 10007, before the

Honorable Valerie E. Caproni, U.S.D.J., on a date to be determined by the Court, for an Order: (a)

pursuant to Rule 1.4 of this Court's Local Civil Rules, permitting Darryl R. Graham and his firm,

Akerman LLP, to withdraw as counsel for plaintiff and granting plaintiff a period of time to retain

new counsel to appear in this matter; and (b) granting such other and further relief as is just and

proper.

Dated: New York, New York
       June 14, 2024

                     AKERMAN LLP

                     By:   */s/ Darryl R. Graham*
                          Darryl R. Graham
                          1251 Avenue of the Americas, 37th Floor
                          New York, New York 10020
                          Tel. No.: (212) 880-3800
                          E-Mail: darryl.graham@akerman.com

                     *Counsel for Plaintiff*