# EXHIBIT 1

## Graham, Darryl (Ptnr-NY)

| | |
|---|---|
| **From:** | W Adam <adamame618@gmail.com> |
| **Sent:** | Thursday, June 13, 2024 1:07 PM |
| **To:** | Graham, Darryl (Ptnr-NY) |
| **Cc:** | Thompson, John (Ptnr-DC) |
| **Subject:** | Re: Activity in Case 1:24-cv-02228-VEC Diligent Enterprise Management, LLC v. AML Global Eclipse, LLC et al Order |

**[External to Akerman]**

Darryl,

Pls proceed with preparing the withdrawal. ███████████████████████████
███████████████████████
████████████████████████████████████████████

Sent from my iPhone

████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████