# EXHIBIT 2



|  |  |
|---|---|
|  | Akerman LLP |
|  | Post Office Box 4906 |
|  | Orlando, FL 32802 |
|  | Tel: 407.254.2305 |
|  | Fax: 407.254.3408 |
| Invoice Date: | April 12, 2024 |
| Invoice No.: | 9970885 |

Diligent Enterprise Management LLC
257 Old Churchmans Road
New Castle, DE 19720

Client Name:          **Diligent Enterprise Management LLC**
Matter Name:          **Diligent NY State Causes of Action**
Client/Matter Number: **097533.00423042**

*For professional services rendered through March 31, 2024*

| | |
|---|---|
| Services | $163,133.50 |
| Disbursements | $3,127.99 |
| **Total Due This Invoice** | **$166,261.49** |
| Previous Balance Due (Includes payments received through 04/12/2024) | $10,681.20 |
| **Total Amount Due** | **$176,942.69** |

*To ensure proper credit to the above account, please indicate invoice no. 9970885*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o Truist Bank, Atlanta, GA

[redacted]

akerman.com

Akerman LLP                                              Invoice Date:      April 12, 2024
Client: Diligent Enterprise Management LLC               Invoice Number:    9970885
Matter: Diligent NY State Causes of Action               Matter Number:     097533.00423042

**Time Detail**

| Date | Initials | Services | Hours | Value |
|---|---|---|---|---|
| 8-Aug-23 | S M | ■ | 0.70 | 381.50 |
| 8-Aug-23 | S M | ■ | 1.00 | 545.00 |
| 8-Aug-23 | JHT | ■ | 1.40 | 1,113.00 |
| 25-Aug-23 | JHT | ■ | 1.00 | 795.00 |
| 5-Sep-23 | JHT | ■ | 1.00 | 795.00 |
| 6-Sep-23 | J G | ■ | 0.40 | 272.00 |
| 6-Sep-23 | JHT | ■ | 1.00 | 795.00 |
| 7-Sep-23 | J G | ■ | 0.40 | 272.00 |
| 13-Sep-23 | DRG | ■ | 0.30 | 234.00 |
| 13-Sep-23 | J G | ■ | 1.30 | 884.00 |
| 13-Sep-23 | JHT | ■ | 1.00 | 795.00 |
| 14-Sep-23 | S M | ■ | 0.50 | 272.50 |
| 14-Sep-23 | S M | ■ | 1.00 | 545.00 |

Akerman LLP                                                        Invoice Date:      April 12, 2024
Client: Diligent Enterprise Management LLC                         Invoice Number:    9970885
Matter: Diligent NY State Causes of Action                         Matter Number:     097533.00423042

| Date | Initials | Services | Hours | Value |
|---|---|---|---|---|
| 14-Sep-23 | J G | ███ | 1.20 | 816.00 |
| 20-Sep-23 | JHT | ███ | 1.30 | 1,033.50 |
| 21-Sep-23 | DRG | ███ | 0.50 | 390.00 |
| 26-Sep-23 | DRG | ███ | 1.00 | 780.00 |
| 27-Sep-23 | ECP | ███ | 5.90 | 2,832.00 |
| 28-Sep-23 | DRG | ███ | 1.20 | 936.00 |
| 28-Sep-23 | ECP | ███ | 0.90 | 432.00 |
| 29-Sep-23 | JHT | ███ | 0.30 | 238.50 |

Akerman LLP                                              Invoice Date:      April 12, 2024
Client: Diligent Enterprise Management LLC               Invoice Number:    9970885
Matter: Diligent NY State Causes of Action               Matter Number:     097533.00423042

| Date | Initials | Services | Hours | Value |
|---|---|---|---|---|
| 4-Oct-23 | JHT | | 0.80 | 636.00 |
| 5-Oct-23 | JHT | | 3.00 | 2,385.00 |
| 6-Oct-23 | ECP | | 0.40 | 176.00 |
| 6-Oct-23 | DRG | | 1.00 | 740.00 |
| 6-Oct-23 | JHT | | 0.70 | 556.50 |
| 10-Oct-23 | JHT | | 0.80 | 636.00 |
| 11-Oct-23 | JHT | | 2.10 | 1,669.50 |
| 12-Oct-23 | JHT | | 1.00 | 795.00 |
| 16-Oct-23 | JHT | | 0.40 | 318.00 |
| 23-Oct-23 | JHT | | 1.00 | 795.00 |

Akerman LLP                                           Invoice Date:        April 12, 2024
Client: Diligent Enterprise Management LLC            Invoice Number:      9970885
Matter: Diligent NY State Causes of Action            Matter Number:       097533.00423042

| Date | Initials | Services | Hours | Value |
|---|---|---|---|---|
| 24-Oct-23 | JHT | | 1.10 | 874.50 |
| 26-Oct-23 | JHT | | 1.00 | 795.00 |
| 31-Oct-23 | JHT | | 1.20 | 954.00 |
| 1-Nov-23 | J G | | 0.40 | 272.00 |
| 1-Nov-23 | JHT | | 0.50 | 397.50 |
| 3-Nov-23 | JHT | | 1.70 | 1,351.50 |
| 6-Nov-23 | JHT | | 0.50 | 397.50 |
| 9-Nov-23 | S M | | 0.40 | 218.00 |
| 9-Nov-23 | S M | | 1.10 | 599.50 |
| 10-Nov-23 | S M | | 0.50 | 272.50 |
| 10-Nov-23 | J G | | 1.40 | 952.00 |
| 12-Nov-23 | JHT | | 2.00 | 1,590.00 |
| 13-Nov-23 | J G | | 5.20 | 3,536.00 |
| 13-Nov-23 | DRG | | 0.30 | 234.00 |

Akerman LLP                                             Invoice Date:      April 12, 2024
Client: Diligent Enterprise Management LLC              Invoice Number:    9970885
Matter: Diligent NY State Causes of Action              Matter Number:     097533.00423042

| Date | Initials | Services | Hours | Value |
|---|---|---|---|---|
| 13-Nov-23 | JHT | | 1.70 | 1,351.50 |
| 14-Nov-23 | S M | | 0.10 | 54.50 |
| 14-Nov-23 | S M | | 0.40 | 218.00 |
| 14-Nov-23 | J G | | 0.70 | 476.00 |
| 15-Nov-23 | S M | | 0.60 | 327.00 |
| 15-Nov-23 | J G | | 0.50 | 340.00 |
| 15-Nov-23 | JHT | | 3.30 | 2,623.50 |
| 16-Nov-23 | S M | | 0.40 | 218.00 |
| 16-Nov-23 | S M | | 0.50 | 272.50 |
| 16-Nov-23 | S M | | 0.70 | 381.50 |
| 16-Nov-23 | RED | | 0.80 | 372.00 |
| 16-Nov-23 | RED | | 0.20 | 93.00 |
| 16-Nov-23 | DRG | | 2.50 | 1,950.00 |
| 16-Nov-23 | ECP | | 0.10 | 48.00 |
| 17-Nov-23 | RED | | 3.00 | 1,395.00 |
| 17-Nov-23 | ECP | | 2.20 | 1,056.00 |

Akerman LLP                                              Invoice Date:      April 12, 2024
Client: Diligent Enterprise Management LLC               Invoice Number:    9970885
Matter: Diligent NY State Causes of Action               Matter Number:     097533.00423042

| Date | Initials | Services | Hours | Value |
|---|---|---|---|---|
| 20-Nov-23 | RED | | 1.50 | 697.50 |
| 20-Nov-23 | DRG | | 0.30 | 234.00 |
| 20-Nov-23 | JHT | | 2.00 | 1,590.00 |
| 21-Nov-23 | RED | | 0.20 | 93.00 |
| 29-Nov-23 | RED | | 0.90 | 418.50 |
| 1-Dec-23 | DRG | | 2.20 | 1,716.00 |
| 1-Dec-23 | JHT | | 1.40 | 1,113.00 |
| 3-Dec-23 | ECP | | 0.70 | 336.00 |
| 5-Dec-23 | DRG | | 1.70 | 1,326.00 |
| 6-Dec-23 | DRG | | 2.00 | 1,560.00 |
| 7-Dec-23 | S M | | 0.50 | 272.50 |
| 7-Dec-23 | S M | | 0.30 | 163.50 |

Akerman LLP                                          Invoice Date:      April 12, 2024
Client: Diligent Enterprise Management LLC           Invoice Number:    9970885
Matter: Diligent NY State Causes of Action           Matter Number:     097533.00423042

| Date | Initials | Services | Hours | Value |
|---|---|---|---|---|
| 7-Dec-23 | S M | | 0.40 | 218.00 |
| 7-Dec-23 | DRG | | 7.10 | 5,538.00 |
| 7-Dec-23 | RED | | 2.00 | 930.00 |
| 7-Dec-23 | RED | | 0.50 | 232.50 |
| 7-Dec-23 | J G | | 0.50 | 340.00 |
| 7-Dec-23 | ECP | | 1.00 | 480.00 |
| 8-Dec-23 | DRG | | 2.00 | 1,560.00 |
| 8-Dec-23 | RED | | 0.20 | 93.00 |
| 12-Dec-23 | DRG | | 1.00 | 780.00 |
| 18-Dec-23 | DRG | | 6.50 | 5,070.00 |
| 18-Dec-23 | RED | | 0.30 | 139.50 |
| 18-Dec-23 | ECP | | 0.20 | 96.00 |

Akerman LLP                                              Invoice Date:      April 12, 2024
Client: Diligent Enterprise Management LLC               Invoice Number:    9970885
Matter: Diligent NY State Causes of Action               Matter Number:     097533.00423042

| Date | Initials | Services | Hours | Value |
|---|---|---|---|---|
| 18-Dec-23 | JHT | | 1.30 | 1,033.50 |
| 19-Dec-23 | DRG | | 4.50 | 3,510.00 |
| 19-Dec-23 | ECP | | 0.50 | 240.00 |
| 19-Dec-23 | JHT | | 0.90 | 715.50 |
| 20-Dec-23 | RED | | 0.80 | 372.00 |
| 20-Dec-23 | DRG | | 3.00 | 2,340.00 |
| 20-Dec-23 | JHT | | 0.20 | 159.00 |
| 21-Dec-23 | ECP | | 1.50 | 720.00 |
| 21-Dec-23 | JHT | | 1.00 | 795.00 |
| 22-Dec-23 | ECP | | 0.40 | 192.00 |
| 26-Dec-23 | DRG | | 2.00 | 1,560.00 |

Akerman LLP                                              Invoice Date:     April 12, 2024
Client: Diligent Enterprise Management LLC               Invoice Number:   9970885
Matter: Diligent NY State Causes of Action               Matter Number:    097533.00423042

| Date | Initials | Services | Hours | Value |
|---|---|---|---|---|
| 26-Dec-23 | JHT | | 1.00 | 795.00 |
| 27-Dec-23 | ECP | | 1.90 | 912.00 |
| 28-Dec-23 | DRG | | 1.00 | 780.00 |
| 28-Dec-23 | ECP | | 1.90 | 912.00 |
| 29-Dec-23 | ECP | | 4.80 | 2,304.00 |
| 3-Jan-24 | DRG | | 0.20 | 156.00 |
| 5-Jan-24 | DRG | | 0.50 | 390.00 |
| 9-Jan-24 | DRG | | 1.20 | 936.00 |

Akerman LLP                                                      Invoice Date:        April 12, 2024
Client: Diligent Enterprise Management LLC                       Invoice Number:      9970885
Matter: Diligent NY State Causes of Action                       Matter Number:       097533.00423042

| Date | Initials | Services | Hours | Value |
|---|---|---|---|---|
| 9-Jan-24 | ECP | | 2.40 | 1,152.00 |
| 10-Jan-24 | ECP | | 2.70 | 1,296.00 |
| 11-Jan-24 | ECP | | 0.60 | 288.00 |
| 16-Jan-24 | DRG | | 0.80 | 624.00 |
| 17-Jan-24 | DRG | | 1.20 | 936.00 |
| 18-Jan-24 | DRG | | 0.40 | 312.00 |
| 23-Jan-24 | RED | | 0.20 | 93.00 |
| 24-Jan-24 | DRG | | 0.30 | 234.00 |
| 27-Jan-24 | DRG | | 3.50 | 2,730.00 |
| 29-Jan-24 | DRG | | 6.70 | 5,226.00 |
| 30-Jan-24 | DRG | | 13.30 | 10,374.00 |
| 30-Jan-24 | J G | | 0.20 | 136.00 |
| 30-Jan-24 | JHT | | 1.10 | 874.50 |

Akerman LLP                                           Invoice Date:      April 12, 2024
Client: Diligent Enterprise Management LLC            Invoice Number:    9970885
Matter: Diligent NY State Causes of Action            Matter Number:     097533.00423042

| Date | Initials | Services | Hours | Value |
|---|---|---|---|---|
| 31-Jan-24 | DRG | ███ | 12.50 | 9,750.00 |
| 31-Jan-24 | JHT | ███ | 1.50 | 1,192.50 |
| 1-Feb-24 | RED | ███ | 0.40 | 186.00 |
| 2-Feb-24 | DRG | ███ | 0.20 | 156.00 |
| 5-Feb-24 | DRG | ███ | 1.00 | 780.00 |
| 7-Feb-24 | DRG | ███ | 1.00 | 780.00 |
| 8-Feb-24 | RED | ███ | 0.60 | 279.00 |
| 8-Feb-24 | ECP | ███ | 1.50 | 720.00 |
| 8-Feb-24 | DRG | ███ | 0.80 | 624.00 |
| 8-Feb-24 | JHT | ███ | 1.30 | 1,033.50 |
| 13-Feb-24 | DRG | ███ | 0.30 | 234.00 |
| 14-Feb-24 | RED | ███ | 0.20 | 93.00 |
| 14-Feb-24 | DRG | ███ | 0.30 | 234.00 |
| 15-Feb-24 | RED | ███ | 0.90 | 418.50 |

Akerman LLP                                           Invoice Date:     April 12, 2024
Client: Diligent Enterprise Management LLC            Invoice Number:   9970885
Matter: Diligent NY State Causes of Action            Matter Number:    097533.00423042

| Date | Initials | Services | Hours | Value |
|---|---|---|---|---|
| 15-Feb-24 | ECP | ███ | 1.10 | 528.00 |
| 15-Feb-24 | DRG | ███ | 0.50 | 390.00 |
| 20-Feb-24 | DRG | ███ | 1.00 | 780.00 |
| 26-Feb-24 | DRG | ███ | 3.70 | 2,886.00 |
| 28-Feb-24 | DRG | ███ | 2.50 | 1,950.00 |
| 28-Feb-24 | RED | ███ | 0.80 | 372.00 |
| 29-Feb-24 | DRG | ███ | 3.00 | 2,340.00 |
| 8-Mar-24 | DRG | ███ | 0.30 | 234.00 |
| 12-Mar-24 | RED | ███ | 0.20 | 93.00 |
| 12-Mar-24 | DRG | ███ | 5.10 | 3,978.00 |
| 13-Mar-24 | DRG | ███ | 2.20 | 1,716.00 |
| 14-Mar-24 | RED | ███ | 0.70 | 325.50 |
| 14-Mar-24 | DRG | ███ | 1.00 | 780.00 |
| 15-Mar-24 | RED | ███ | 1.80 | 837.00 |
| 15-Mar-24 | DRG | ███ | 1.00 | 780.00 |

Akerman LLP                                             Invoice Date:      April 12, 2024
Client: Diligent Enterprise Management LLC              Invoice Number:    9970885
Matter: Diligent NY State Causes of Action              Matter Number:     097533.00423042

| Date | Initials | Services | Hours | Value |
|---|---|---|---|---|
| 20-Mar-24 | DRG | | 4.50 | 3,510.00 |
| 21-Mar-24 | RED | | 0.40 | 186.00 |
| 21-Mar-24 | DRG | | 3.50 | 2,730.00 |
| 21-Mar-24 | DRG | | 2.50 | 1,950.00 |
| 22-Mar-24 | DRG | | 1.50 | 1,170.00 |
| 26-Mar-24 | RED | | 0.70 | 325.50 |
| 26-Mar-24 | RED | | 0.20 | 93.00 |
| 26-Mar-24 | DRG | | 1.00 | 780.00 |
| 27-Mar-24 | DRG | | 2.00 | 1,560.00 |
| 28-Mar-24 | DRG | | 1.00 | 780.00 |

**Total Services**...................................................................................................**$163,133.50**

**Disbursement Detail**

| Date | Description | Value |
|---|---|---|
| 31-Aug-23 | | 51.20 |
| 17-Nov-23 | | 513.00 |
| 8-Dec-23 | | 20.40 |
| 8-Dec-23 | | 144.19 |
| 8-Dec-23 | | 1,547.20 |
| 21-Dec-23 | | 552.00 |
| 27-Dec-23 | | 129.00 |



| Akerman LLP | Invoice Date: | April 12, 2024 |
| --- | --- | --- |
| Client: Diligent Enterprise Management LLC | Invoice Number: | 9970885 |
| Matter: Diligent NY State Causes of Action | Matter Number: | 097533.00423042 |

| Date | Description | Value |
| --- | --- | --- |
| 9-Jan-24 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 171.00 |
| **Total Disbursements**............................................................................................................| | **$3,127.99** |

Akerman LLP                                           Invoice Date:      April 12, 2024
Client: Diligent Enterprise Management LLC            Invoice Number:    9970885
Matter: Diligent NY State Causes of Action            Matter Number:     097533.00423042

**Timekeeper Summary**

| <u>Initials</u> | <u>Name</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---:|---:|
| DRG | D. R. Graham | 120.60 | 94,028.00 |
| ECP | E. C. Puccio-Williams | 30.70 | 14,720.00 |
| J G | J. Gelfand | 12.20 | 8,296.00 |
| JHT | J. H. Thompson | 41.50 | 32,992.50 |
| RED | R. D. Delpino | 17.50 | 8,137.50 |
| S M | S. Miller | <u>9.10</u> | <u>4,959.50</u> |
| **Total** | | **231.60** | **$163,133.50** |



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

**Remittance Copy**　　　　　　　　　　　　Invoice Date:　　April 12, 2024
　　　　　　　　　　　　　　　　　　　　　　Invoice No.:　　　　9970885

Diligent Enterprise Management LLC
257 Old Churchmans Road
New Castle, DE 19720

Client Name:　　　　　　**Diligent Enterprise Management LLC**
Matter Name:　　　　　　**Diligent NY State Causes of Action**
Client/Matter Number:　　**097533.00423042**

*For professional services rendered through March 31, 2024*

| | |
|---|---:|
| Services | $163,133.50 |
| Disbursements | $3,127.99 |
| **Total Due This Invoice** | **$166,261.49** |
| Previous Balance Due<br>(Includes payments received through 04/12/2024) | $10,681.20 |
| **Total Amount Due** | **$176,942.69** |

*To ensure proper credit to the above account, please indicate invoice no. 9970885*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o Truist Bank, Atlanta, GA

akerman.com