```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DILIGENT ENTERPRISE MANAGEMENT, :
LLC, :
 :
                              Plaintiff, :
 :
               -against- :     24-CV-2228 (VEC)
 :
AML GLOBAL ECLIPSE, LLC, DWC PINE :      ORDER
INVESTMENTS I, LTD., ALAN KLAPMEIER, :
JAMES CARROLL, STEVE SERFLING, RJ :
SIEGLE, and MIKE WYSE, :
 :
 :
                          Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on June 14, 2024, Plaintiff's counsel Darryl Robert Graham and Akerman LLP moved to withdraw, *see* Mot., Dkt. 18;

       WHEREAS on June 24, 2024, the Court granted counsel's motion to withdraw effective June 26, 2024; the Court also required Plaintiff's counsel to serve a copy of the Order on Plaintiff by email and post proof of doing so on the docket by no later than June 25, 2024, *see* Order, Dkt. 23; and

       WHEREAS on June 25, 2024, Mr. Graham filed a certificate of service, in which he certified that the Order had been emailed to Plaintiff on June 25, 2024, *see* Certificate, Dkt. 24;

       IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to terminate Darryl Robert Graham and Akerman LLP as counsel for Plaintiff.

**SO ORDERED.**

Date:  June 26, 2024
         New York, New York

                                                       **VALERIE CAPRONI**
                                                       **United States District Judge**