USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    5/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

DILIGENT ENTERPRISE MANAGEMENT,
LLC,

                       Plaintiff,

          -against-

AML GLOBAL ECLIPSE, LLC, DWC PINE
INVESTMENTS I, LTD., ALAN KLAPMEIER,
JAMES CARROLL, STEVE SERFLING, RJ
SIEGLE, and MIKE WYSE,

                    Defendants.

--------------------------------------------------------------- X

24-CV-2228 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for a show cause hearing on Friday, May 22, 2026;

IT IS HEREBY ORDERED that Defendant AML Global Eclipse, LLC's ("AML Global") motion to hold Plaintiff in civil contempt, Dkt. 97, is hereby STAYED.

IT IS FURTHER ORDERED that, consistent with the Court's remarks at the hearing, AML Global is permitted to conduct limited, reasonable discovery related to its pending civil contempt motion.

**SO ORDERED.**

**Date:  May 22, 2026**
      **New York, New York**

                               **VALERIE CAPRONI**
                           **United States District Judge**