USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DILIGENT ENTERPRISE MANAGEMENT, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>AML GLOBAL ECLIPSE, LLC, DWC PINE INVESTMENTS I, LTD., ALAN KLAPMEIER, JAMES CARROLL, STEVE SERFLING, RJ SIEGLE, and MIKE WYSE,<br><br>Defendants. | : | 24-CV-2228 (VEC)<br><br><u>ORDER</u> |

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 22, 2026, the Court ordered that (i) Defendant AML Global Eclipse, LLC's ("AML Global") motion to hold Plaintiff in civil contempt, Dkt. 97, be stayed, and (ii) AML Global be permitted to conduct limited, reasonable discovery related to its pending civil contempt motion, *see* Dkt. 107;

IT IS HEREBY ORDERED that, not later than **Wednesday, July 22, 2026**, AML Global must inform the Court (i) of the status of the additional discovery related to its pending civil contempt motion and (ii) whether withdrawal of the motion is warranted.

**SO ORDERED.**

**Date: July 8, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**