FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP



Direct Line: +1.212.859.8914
Email: Michael.Keats@friedfrank.com
July 22, 2026

**<u>Via ECF</u>**

Hon. Valerie E. Caproni
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

  Re: *Diligent Enterprise Management, LLC v. AML Global Eclipse, LLC et al.*, 1:24-cv-02228-VEC-BCM

Dear Judge Caproni:

  This firm represents Defendant AML Global Eclipse, LLC ("AML Global") in the above-referenced action.  Pursuant to the Court's Order dated July 8, 2026 (ECF 108), we write to inform the Court that discovery related to AML Global's contempt motion has been largely paused while the parties have engaged in constructive settlement discussions.  We, therefore, respectfully submit that withdrawal of AML Global's motion for civil contempt is not warranted and request the Court's permission to submit an additional status report on August 5, 2026 and, if necessary, a motion to compel discovery by August 14, 2026.

  The completion of discovery relating to AML Global's contempt motion has been on hold while the parties have engaged in negotiations concerning a potential comprehensive settlement of all pending matters between them.  On May 22, 2026, the Court authorized AML Global "to conduct limited, reasonable discovery related to its pending civil contempt motion."  Order, ECF No. 107.  Shortly thereafter, on May 27, 2026, AML Global served on Plaintiff Diligent Enterprise Management, LLC ("Diligent") a set of interrogatories and requests for production (the "Discovery Requests") with a return date of Friday, June 26, 2026.  A true and correct copy of the Discovery Requests is attached as **Exhibit A**.

  Before that deadline, on June 17, 2026, the parties initiated settlement discussions.  Those discussions have been productive, but remain ongoing.  As a gesture of good faith, and as an accommodation given that we understand Diligent is not currently paying its counsel, AML Global granted Diligent an extension of the Discovery Requests deadline while the parties negotiate a resolution of their disputes.  As a result, Diligent has not yet provided any interrogatory responses or produced any documents in connection with the Discovery Requests.

One New York Plaza, New York, New York 10004—1903
T:  +1.212.859.8000  *friedfrank.com*

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

July 22, 2026
Page 2

AML Global respectfully requests that, if the parties are not able to reach a settlement, the Court permit discovery related to the civil contempt motion to proceed.  Diligent has not responded to the Discovery Requests that have been outstanding since May 27, 2026.  Accordingly, requiring AML Global to withdraw its motion before discovery is complete would deprive AML Global of the ability to fully develop the factual record in support of its motion.  Such a result would unfairly penalize AML Global for its cooperative and reasonable conduct.  AML Global, therefore, respectfully requests until August 5, 2026 to provide a further status report to the Court regarding the parties' settlement discussions and until August 14, 2026 to file a motion to compel discovery related to its pending civil contempt motion should that become necessary.

We are available at the Court's convenience should Your Honor wish to discuss any of the foregoing.

Respectfully submitted,

FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP

By:     _____*/s/ Michael C. Keats*_____
                Michael C. Keats

One New York Plaza
New York, New York 10004-1980
(212) 859-8000
michael.keats@friedfrank.com

Attorneys for Defendant
  AML Global Eclipse, LLC

cc:    All Counsel of Record (*via ECF*)