FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP



Direct Line: +1.212.859.8914
Email: Michael.Keats@friedfrank.com
August 5, 2026

**Via ECF**

Hon. Valerie E. Caproni
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

   Re: *Diligent Enterprise Management, LLC v. AML Global Eclipse, LLC et al.*, 1:24-cv-02228-VEC-BCM

Dear Judge Caproni:

  This firm represents Defendant AML Global Eclipse, LLC ("AML Global") in the above-referenced action.  Pursuant to the Court's Order dated July 23, 2026 (ECF 112), we write together with counsel for Plaintiff Diligent Enterprise Management, LLC ("Diligent") to provide a joint status report regarding the parties' settlement discussions and to advise the Court that withdrawal of AML Global's pending contempt motion is not warranted.

  Since our last report to the Court on July 22, 2026 (ECF 111), the parties have continued to engage in settlement discussions.  While the parties have not yet reached a mutually-satisfactory agreement, negotiations remain ongoing and the parties are hopeful that a settlement may be reached.  Additionally, the parties have discussed reinitiating discovery related to AML Global's contempt motion in the event a settlement cannot be reached, with Diligent to provide responses to AML Global's discovery requests by September 11, 2026.

  We are available at the Court's convenience should Your Honor wish to discuss any of the foregoing.

One New York Plaza, New York, New York 10004—1903
T:  +1.212.859.8000  *friedfrank.com*

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP



Respectfully submitted,

PIERSON FERDINAND, LLP

By: /s/ *Christina H. Bost Seaton*
Christina H. Bost Seaton
Pierson Ferdinand, LLP
1270 Avenue of the Americas
7th Floor, #1050
New York, New York 10020
917-765-8201
Christina.BostSeaton@pierferd.com

*Attorneys for Plaintiff Diligent Enterprise
Management, LLC*

FRIED, FRANK, HARRIS, SHRIVER
   & JACOBSON LLP

By:                  /s/ *Michael C. Keats*
                      Michael C. Keats

One New York Plaza
New York, New York 10004-1980
(212) 859-8000
michael.keats@friedfrank.com

Attorneys for Defendant
   AML Global Eclipse, LLC

cc:     All Counsel of Record (*via ECF*)

One New York Plaza, New York, New York 10004—1903
T:  +1.212.859.8000  *friedfrank.com*