USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DILIGENT ENTERPRISE MANAGEMENT, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>AML GLOBAL ECLIPSE, LLC, DWC PINE INVESTMENTS I, LTD., ALAN KLAPMEIER, JAMES CARROLL, STEVE SERFLING, RJ SIEGLE, and MIKE WYSE,<br><br>Defendants. | : | 24-CV-2228 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 22, 2026, Defendant AML Global Eclipse, LLC ("AML Global") moved this Court for an order holding Plaintiff Diligent Enterprise Management, LLC ("Diligent" or "Plaintiff") in civil contempt for failure to comply with the Court's March 3, 2026, order, Dkt. 91 ("Sanction Order"), sanctioning Plaintiff and awarding AML Global $80,525 in attorneys' fees and $1,524.54 in legal expenses, *see* Dkt. 97 ("Contempt Motion");

WHEREAS on April 24, 2026, the Court ordered that Plaintiff show cause at a hearing on May 22, 2026, why it should not be held in civil contempt for failure to comply with the Sanction Order, *see* Dkt. 101;

WHEREAS the Contempt Motion was fully submitted on May 19, 2026, *see* Dkts. 102, 103, 105, 106;

WHEREAS on May 22, 2026, the Court conducted a show cause hearing in which both parties were present, wherein Mr. Huan Wang, purportedly a "designated representative working for Diligent," testified that (i) Ms. Zengli He was Diligent's sole owner and (ii) Diligent was

unable to comply with the Sanction Order because it did not have the funds to pay, *see generally* Dkt. 109 (hearing transcript);

WHEREAS on May 22, 2026, the Court ordered that (i) Defendant AML Global's motion to hold Plaintiff in civil contempt, Dkt. 97, be stayed, and (ii) AML Global be permitted to conduct limited, reasonable discovery related to its pending civil contempt motion and regarding Diligent's claim of poverty, *see* Dkt. 107;

WHEREAS on August 6, 2026, the Court further ordered that, if the parties had not yet reached and executed a final settlement agreement by Friday, August 28, 2026, Plaintiff must respond to any of Defendant AML Global's outstanding discovery requests not later than Friday, September 11, 2026, *see* Dkt. 114;

WHEREAS on September 25, 2026, AML Global asked to Court to lift the stay and to hold Diligent in contempt, arguing that the additional discovery had not been fruitful and that "Diligent [had] failed to produce a single financial record" to substantiate its claim that it is unable to pay the Sanctions, *see* Dkt. 117;

WHEREAS AML Global also requests that the Court pierce Plaintiff's corporate veil and hold Ms. He, Plaintiff's sole member, owner, and manager, personally liable for Diligent's liabilities in this matter, *see id.* at 3–5;

IT IS HEREBY ORDERED that, not later than **Friday**, **October 16, 2026**, Plaintiff must submit any response to Defendant's motion requesting this Court to pierce Plaintiff's corporate veil. AML Global must submit any reply in support of its motion not later than **Friday, October 23, 2026**.

**SO ORDERED.**

**Date: September 28, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**